UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BELL ATLANTIC MOBILE SYSTEMS LLC D/B/A
VERIZON,

*Plaintiff*,

- *v* –

CITY OF ROCHESTER, CITY OF ROCHESTER
PLANNING COMMISSION, & PACE REAL ESTATE
LLC

*Defendants.*

**CORPORATE
DISCLOSURE
STATEMENT**

**Civil Action No.**
_____

In accordance with its obligations under the Federal Rules of Civil Procedure

Rule 7.1, Plaintiff Bell Atlantic Mobile Systems, LLC d/b/a Verizon Wireless hereby

submits its corporate disclosure statement:

Bell Atlantic Mobile Systems, LLC d/b/a/ Verizon Wireless is an indirect wholly

owned subsidiary of Verizon Communications Inc., a publicly held corporation.  No one

owns 10% or more of Verizon Communications Inc. stock.

Dated: Rochester, New York
        May 11, 2026

NIXON PEABODY LLP

By: _____
    Laurie Styka Bloom
    211 High Point Drive, Suite 110
    Victor, New York 14564
    (716) 853-8102
    lbloom@nixonpeabody.com
    *Attorneys for Plaintiff*

4937-4960-5538.1